UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENA FARLEY,

                Plaintiff,

     v.

DIFERRO CONTRACTING CORP.,
ICONIC MECHANICAL SERVICES
CORP., and CHRISTIAN BEZMALINOVIC,

                Defendants.

No. 22-CV-0821 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the referral of this case to mediation, the initial status conference presently scheduled for May 13, 2022 is hereby adjourned. If mediation is unsuccessful, the parties shall promptly notify the Court by filing a joint letter and propose a date for the initial conference.

SO ORDERED.

Dated:    April 19, 2022
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge